UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Quad Int'l. Inc.<br>   Plaintiff,<br>vs.<br><br>John Doe<br>   Defendant. | CIVIL 12-2681 RHK/JJG |

-----------------------------------------

| | |
|---|---|
| AF Holdings LLC<br>   Plaintiff,<br>vs.<br><br>John Doe<br>   Defendant. | CIVIL 12-2688 DSD/SER |

-------------------------------------------------------------------------------------------

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

  Case No. 12-2681 having been assigned to Judge Richard H. Kyle and Magistrate Judge Jeanne J. Graham and Cases No. 12-2688 having later been assigned to Judge David S. Doty and Magistrate Judge Steven E. Rau, said matters being related cases,

  IT IS HEREBY ORDERED That Case No. 12-2688 DSD/SER assigned to Judge Richard H. Kyle and Magistrate Jeanne J. Graham  nunc  pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order filed December 19, 2008.

  IT IS FINALLY ORDERED That a copy of this order shall be placed in each of the above respective files.

Dated: October 24, 2012            s/ Richard H. Kyle
                       Judge Richard H. Kyle
                       United States District Court

Dated: October 25, 2012            s/David S. Doty
                       Judge David S. Doty
                       United States District Court