## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

AF HOLDINGS LLC,

      Plaintiff,

CASE NO. 0:12-cv-2688

v.

Judge: Hon. Richard H. Kyle

JOHN DOE,

Magistrate Judge: Hon. Jeanne J. Graham

      Defendant.

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety with prejudice. The Defendant has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Respectfully submitted,

AF HOLDINGS LLC

DATED: January 4, 2013

By:    s/ Michael K. Dugas
       Michael K. Dugas
       Bar No. 0392158
       Attorney for Plaintiff
       Alpha Law Firm LLC
       900 IDS Center
       80 South 8th Street
       Minneapolis, MN 55402
       Telephone: (415) 325 – 5900
       mkdugas@wefightpiracy.com